IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  09-00163-01-CR-W-HFS |
| | ) | |
| TERRY R. INGERSON, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S LIST OF EXHIBITS

COMES NOW the United States of America, by counsel and files the attached list of

exhibits which the Government may offer at hearing.

Respectfully submitted,

Matt J. Whitworth
Acting United States Attorney

By      */s/M. Elizabeth Phillips*

M. Elizabeth Phillips
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Suite 5510
Kansas City, Missouri  64106
Telephone: (816) 426-3122

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on September 17, 2009, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

Mathew J. O'Conner
The O'Connor Law Firm
523 Grand, Suite 1B
Kansas City, MO 64106

*M. Elizabeth Phillips*
M. Elizabeth Phillips
Assistant United States Attorney

BP/blw

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　v.　　　　　　　　　　)　　No.  09-00163-01-CR-W-HFS
　　　　　　　　　　　　　　　　　　)
TERRY R. INGERSON,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　)

GOVERNMENT'S SENTENCING  E X H I B I T S

| ˝ | = | Offered & admitted without objection. |
|---|---|---|
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Photo of House |
| 2 | | | | Photo of House |
| 3 | | | | Photo of Bedroom |

　　　　　　I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the numbered exhibits listed above, for which I hold myself responsible:

_____

_____

_____
PRINTED NAME
_____
SIGNATURE

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |