IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 09-00163-01-CR-W-HFS |
| TERRY R. INGERSON, | ) | |
| Defendant. | ) | |

**ORDER**

Having reviewed the evidence from the suppression hearing and the report and recommendation by Magistrate Judge Maughmer (Doc. 29), to which no objections have been filed, I adopt the report and recommendation and deny the motion to suppress (Doc. 17). SO ORDERED.

The issues of custody during the first interview and the Miranda warning during the second interview, as well as defendant's awareness of the Miranda issues despite medication, have all been adequately considered in the report, which I conclude is correct.

    /s/ Howard F. Sachs
    HOWARD F. SACHS
    UNITED STATES DISTRICT JUDGE

December  16 , 2009

Kansas City, Missouri