IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

United States of America,
vs.
Terry R. Ingerson

Action Number
09-00163-01-CR-W-HFS

## EXHIBIT INDEX

| | |
|---|---|
| ✓ = offered & admitted w/o objection | Ltd = admitted for limited purposes |
| Ex = offered, but objected to and excluded | ✗ = offered & admitted over objection |
| DB = admitted, de bene | NO = marked, but not offered |
| | WD = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 4 | | | | Medical Records of defendant |
| 1 | ✓ | 9/17 | 10:36 | Photo of House |
| 2 | ✓ | 9/17 | 10:36 | Photo of House |
| 3 | ✗ | 9/17 | 10:47 | Photo of Bedroom |

age # __1__ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

Matthew T. O'Connor
rinted Name

Signature